**Meejung CAMPBELL, Plaintiff–
Appellant,**

v.

**Jo Anne BARNHART, Commissioner
of Social Security, Defendant–
Appellee.**

No. 02–2209.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 11, 2003.

Decided Feb. 25, 2003.

Judith L. Mathis, Mathis & Mathis, Arlington, Virginia, for Appellant. Mark Maxwell, Assistant United States Attorney, Lisa De Soto, General, Thomas Crawley, Deputy General, Charlotte Hardnett, Associate General, Charlene Bellinger Honig, Social SEcurity Administration, Baltimore, Maryland, for Appellee.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Meejung K. Campbell seeks review of the magistrate judge's order affirming the Commissioner's denial of social security benefits pursuant to 20 C.F.R. §§ 404.1520(f), 416.920(f) (2002).* Our re-

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28

view of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Campbell v. Barnhardt,* No. CA–01–1429–A (E.D.Va. Aug. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*